IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02302-MSK-MJW

DONNA CLARK,

    Plaintiff,

v.

VAIL SUMMIT RESORTS, INC. d/b/a KEYSTONE RESORT,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

    THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice **(#22)** filed March 3, 2009. The Court having reviewed the foregoing:

    **ORDERS** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

    DATED this 3rd day of March, 2009.

                          **BY THE COURT:**

                           */s/ Marcia S. Krieger*

                           Marcia S. Krieger
                           United States District Judge